# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>P.L. VASQUEZ, et al.,<br><br>    Defendants.<br>_____ / | CASE NO.  1:10-cv-1148-AWI-MJS (PC)<br><br>ORDER DISCHARGING SHOW CAUSE ORDER AND GRANTING PLAINTIFF ADDITIONAL TIME TO FILE AMENDED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 7)<br><br>PLAINTIFF'S AMENDED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS DUE 10/15/10 |

   Plaintiff Raymond Villa ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 18, 2010, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to comply with a Court order based on Plaintiff's failure to file an amended complaint by the Court's prior deadline. (ECF No. 7.)  Plaintiff has submitted a response stating that he was temporarily transferred to a different prison facility and was unaware of the deadline.  The Court finds that Plaintiff has shown good cause and, accordingly, the Court's August 18 order is DISCHARGED.

   In his response, Plaintiff asks for additional time to prepare his amended complaint and file his application to proceed in forma pauperis.  For good cause shown, Plaintiff's

////

////

1 | request is GRANTED.  Plaintiff's amended complaint and application to proceed in forma
2 | pauperis shall be filed not later than **OCTOBER 15, 2010**.
3
4 | IT IS SO ORDERED.
5 | Dated:    September 15, 2010           /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE