# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>Plaintiff,<br><br>v.<br><br>P.L. VASQUEZ, et al.,<br><br>Defendants. | Case No. 1:10-cv-01148-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING DEFENDANTS RIECE AND OHARA WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE OF PROCESS**<br><br>**(ECF Nos. 35, 36)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff Raymond Villa, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On December 9, 2013, the Magistrate Judge issued findings and recommendations (ECF No. 36) that Defendants Riece and Ohara be dismissed from this action without prejudice. Any objection to the findings and recommendations was due by December 27, 2013. (Id.) The December 27, 2013 deadline passed without any party filing objections or seeking further extension of time to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has

conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on December 9, 2013 (ECF No. 36) in full,
2. Defendants Riece and Ohara are dismissed from this action without prejudice, and
3. The Clerk of the Court is directed the case shall remain open.

IT IS SO ORDERED.

Dated:   January 10, 2014                              _____
                                                       SENIOR DISTRICT JUDGE