# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>          Plaintiff,<br><br>     v.<br><br>P.L. VASQUEZ, et al.,<br><br>          Defendants. | Case No. 1:10-cv-01148-AWI-MJS (PC)<br><br>**ORDER (1) DENYING UNENUMERATED RULE 12(b) MOTION WITHOUT PREJUDICE, (2) DENYING REQUEST TO CONVERT, and (3) REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING OR MOTION WITHIN THIRTY DAYS**<br><br>**(ECF Nos. 44, 50)** |

Plaintiff Raymond Villa, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter proceeds on an Eighth Amendment conditions of confinement claim against Defendants Vasquez, Ortega, Rios and a Fourteenth Amendment equal protection claim against Defendants Vasquez and Ortega.

On March 4, 2014, Defendants Vazquez, Rios, and Ortega filed a motion to dismiss the action under the unenumerated provisions of Federal Rule of Civil Procedure 12(b) for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). Plaintiff has not opposed the motion.

On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to

the proper procedural device for raising the issue of administrative exhaustion. *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc). Following the decision in *Albino*, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment. *Albino*, 2014 WL 1317141, at *4. An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion. *Id.*

On April 22, 2014, Defendants filed a request to convert the 12(b) motion to a Rule 56 motion for summary judgment.

For the reasons stated, the unenumerated Rule 12(b) motion is procedurally deficient in light of the decision in *Albino*. The unenumerated Rule 12(b) motion shall be denied, without prejudice, on procedural grounds. Because the Rule 12 (b) motion does not contain all that a motion for summary judgment would require and ensure proper notice to Plaintiff of such a motion, the motion to convert will be denied.

Accordingly, for the reasons stated, it is HEREBY ORDERED that:

1. The unenumerated Rule 12(b) motion filed March 4, 2014 (ECF No. 44) is DENIED, without prejudice, on procedural grounds,
2. The request to convert the 12(b) motion filed April 22, 2014 (ECF No. 50) is DENIED, and
3. Defendants shall, within **thirty (30) days** from the date of service of this Order file a responsive pleading or motion.

IT IS SO ORDERED.

Dated: May 5, 2014         /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE