# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>    Plaintiff,<br><br>v.<br><br>P.L. VASQUEZ, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01148-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>ECF No. 55 |

    Plaintiff Raymond Villa, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 24, 2014, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motion for preliminary injunctive relief be denied, without prejudice. (ECF No. 55.) No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 24, 2014, are adopted in full and
2. Plaintiff's motion for preliminary injunctive relief (ECF No. 53) is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   September 4, 2014                              _____
                                                        SENIOR DISTRICT JUDGE