UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>          Plaintiff,<br><br>     v.<br><br>P.L. VASQUEZ, et al.,<br><br>          Defendants. | CASE No. 1:10-cv-01148-AWI-MJS<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 59)<br><br>TEN (10) DAY DEADLINE |

Plaintiff Raymond Villa is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 29, 2014, Plaintiff filed a motion objecting to the Court order granting him a thirty day extension of time to respond to Defendants' motion for summary judgment instead of the six month extension he requested.  (ECF No. 59.)  Plaintiff also requested that he be permitted to withdraw from this action.  (Id.)

A plaintiff may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment.  Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the court and upon such "terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  A motion for voluntary dismissal under Rule 41(a)(2) should be granted "unless a defendant can

show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2010).

In this case, Defendant filed a motion for summary judgment before Plaintiff filed his request for dismissal. No stipulation for dismissal has been filed in this case. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The motion for voluntary dismissal lies in the discretion of the Court, and the Court should grant Plaintiff's motion unless Defendant will suffer legal prejudice. Smith, 263 F.3d at 975.

Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of service of this order, Defendants file an opposition or statement of non-opposition to Plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   September 11, 2014          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE