# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VILLA,<br><br>                  Plaintiff,<br><br>        v.<br><br>P.L. VASQUEZ, et al.,<br><br>                  Defendants. | CASE No. 1:10-cv-01148-AWI-MJS<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>(ECF Nos. 59, 61, and 62)<br><br>CLERK SHALL CLOSE THE CASE |

Plaintiff Raymond Villa is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 29, 2014, Plaintiff filed a motion requesting permission to withdraw from this action.  (ECF No. 59.)  On September 12, 2014, Defendants filed a notice of non-opposition to Plaintiff's motion for voluntary dismissal.  (ECF No. 62.)

Accordingly, this action is HEREBY ORDERED dismissed, without prejudice, pursuant to Plaintiff's request to withdraw (ECF No. 59) and Defendants non-opposition (ECF No. 62).  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:   September 26, 2014          _____

                                                            SENIOR  DISTRICT  JUDGE

1